# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **CV 16-2790-JFW (JPR)**                                    Date: **September 6, 2016**

Title:  **Gamze Cakarran-Shabo v. UCLA Ronald Reagan Medical Center et al.**
================================================================

**DOCKET ENTRY: Order to Show Cause**
================================================================

PRESENT:

**HON. <u>JEAN P. ROSENBLUTH</u>, MAGISTRATE JUDGE**

<u>Karl Lozada</u>                              <u>       n/a       </u>
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:
        None present                                    None present

**PROCEEDINGS: (IN CHAMBERS)**

   Plaintiff's first amended complaint was due by extension on August 24, 2016. To date she has not filed the amended complaint or requested an extension of time within which to do so.  Accordingly, no later than 10 days from the date of this order, Plaintiff must either show cause in writing why she has not filed a first amended complaint or file the complaint.  If she does neither within the deadline, this action will likely be dismissed for failure to prosecute and for the reasons stated in the June 17, 2016 dismissal order.