JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAMZE CAKARRAN-SHABO, | ) Case No. CV 16-2790-JFW (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| UCLA RONALD REAGAN MEDICAL CENTER et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: September 22, 2016  _____
JOHN F. WALTER
U.S. DISTRICT JUDGE